Nassau Office:
114 Old Country Road
Mineola, NY 11501

Brian W. Raum, Esq.

January 13, 2006

**FILED ELECTRONICALLY**

Judge Allyne R. Ross
District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

Judge Marilyn D. Go
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> The application is granted. Plaintiff shall filed the amended complaint by January 23, 2006.
> So ordered.
>
> USDJ   1/17/06
> cc: parties
> MJ Go

**Re: Castro v. Stein, et al.**
**Civil Case No.: 05 cv 2955**

Dear Judge Ross and Judge Go,

    I am writing in response to Ms. O'Connell's correspondence filed yesterday, in which she seeks permission to make a motion to dismiss the complaint due to Plaintiff's failure to amend the complaint by December 9, 2005. Regrettably, I did inadvertently fail to file the amended complaint, and it is with sincere apologies that I respectfully request a one week extension to file the same. This is the first request for such an extension, and Ms. O'Connell and Ms. Calistro have graciously consented. If granted, this extension will not affect any other scheduled dates.

    Thank you for your courtesy and consideration in this matter, and I apologize for any inconvenience this may have caused your honors.

Sincerely,

Brian W. Raum, Esq.

BWR/dlr
cc: Ms. Phyllis Calistro, Esq.
    Ms. Mary O'Connell, Esq.